**EXHIBIT 3**

OIL 

## CERTIFICATE OF INCUMBENCY

### WISDOM CHAIN LIMITED
### 智連有限公司

We, Offshore Incorporations (Seychelles) Limited of P.O. Box 1239, Offshore Incorporations Centre, Victoria, Mahé, Republic of Seychelles, being the duly appointed Registered Agent of **WISDOM CHAIN LIMITED 智連有限公司** (the "Company"), an International Business Company incorporated in Seychelles on 5 October 2016 with IBC Number 187716, to the best of our knowledge and according to our records, hereby certify the following:

(1) The Company is in Good Standing in Seychelles.

(2) The Registered Office of the Company is at the offices of Offshore Incorporations (Seychelles) Limited, P.O. Box 1239, Offshore Incorporations Centre, Victoria, Mahé, Republic of Seychelles.

(3) That as far as can be determined from the documents retained at the Registered Office of the Company:

  (i) The current director(s) is/are:

  | Name | Appointment Date |
  |---|---|
  | STEVE MARKO BAJIC | 27 October 2016 |

  (ii) The current shareholder(s) is/are:

  | Name | No. of Share(s) Held |
  |---|---|
  | STEVE MARKO BAJIC | 1 |

  (iii) The authorised capital of the Company is USD1,000,000.00 divided into 1,000,000 shares of USD1.00 each.

  (iv) The Company does not maintain a Register of Mortgages, Charges and Encumbrances at its Registered Office.

Signed on 1 November 2016

For and on behalf of
Offshore Incorporations (Seychelles) Limited

Authorised Signatory

COMPARED TO THE ORIGINAL AND CERTIFIED TO
BE A TRUE AND COMPLETE COPY THEREOF ON

AUG 29 2018

for BMO Bank of Montreal - 595 Burrard St., Vancouver BC

*[Seal: Moore CPA Limited, Certified Public Accountants, Hong Kong – FUNG WING LAP, Practising Certificate No.: P03644, Date: 17 NOV 2016, Total page(s): 1]*

THIS IS A TRUE COPY OF
THE ORIGINAL ITEM:
000039
BANK OF MONTREAL



# Republic of Seychelles
## 塞舌爾共和國
### INTERNATIONAL BUSINESS COMPANIES ACT, 1994
《1994年國際商業公司法》
(Act 24 of 1994)
《一九九四年條例第廿四章》

**Certificate of Incorporation**
公司註冊證明書

THIS IS TO CERTIFY that, having satisfied all the requirements in respect of incorporation under the International Business Companies Act, 1994,
茲證明，

**WISDOM CHAIN LIMITED**
智連有限公司

is incorporated in the Republic of Seychelles as an International Business Company,
已符合《1994年國際商業公司法》對公司成立的所有要求，在塞舌爾共和國註冊成為國際商業公司。

on this 5th day of October 2016
日期 二零一六年十月五日

Given at Victoria, Seychelles.
簽署於塞舌爾維多利亞市。

Company No.
公司編號 : 187716

Randolf Samson
金融服務管理局 *Financial Services Authority*
國際商業公司註冊處 REGISTRAR OF INTERNATIONAL BUSINESS COMPANIES

---

We hereby certify that the foregoing document is a true and complete photostatic copy of its original (or a properly certified copy of the original).

FUNG MING LAP
Certified Public Accountants, Hong Kong
Certificate No.: P03644
Date: 17 NOV 2016
Total page(s): 1

---

THIS IS A TRUE COPY OF
THE ORIGINAL ITEM:
000040
BANK OF MONTREAL

COMPARED TO THE ORIGINAL AND CERTIFIED
BE A TRUE AND COMPLETE COPY THEREOF C.

AUG 29 2018

for BMO Bank of Montreal - 595 Burrard St., Vancouver B

**BMO** Bank of Montreal · Banque de Montréal

**Business Account Signature Card/**
**Carte de Signature d Compte D'affaires**

Date: 5-Dec-16

### I. General Information

| Legal Name / *Nom Juridique* | Transit / *N° de dom:* | Account No / *N° de compte:* |
|---|---|---|
| WISDOM CHAIN LIMITED | | 5 6 6 |

### Other Transits and Accounts / *D'Autres Transits et Comptes:*

| Transit / *N° de dom:* | Account No / *N°de compte* | Transit / *N°de dom:* | Account No / *N°de compte:* |
|---|---|---|---|
| | 9 1 7 | | |
| | | | |

### II. Details of Signing Authority / Détails d'Autorité Signante

Example: either one of the authorized signatures to sign/l'une ou l'autre des signatures autorisées pour signer

| Single / Signate.unique | ALONE |
|---|---|

**Mech Table Signature Code / Code de Signature de Table de Mech:**
⁰Single / *Signate. unique*   ¹Either / *L'un ou l'autre*   ²Both / *Deux signat. Autor.*   ³Multiple / *Plus. Signat. autor*

### III. Authorized Signatures / Signatures Autorisées:

| Name/ *Nom* | Position | Signature |
|---|---|---|
| STEVE BAJIC | DIRECTOR/OWNER | X [signature] |

[signature]

COPY TO

DATE 6 Dec 2016

TF 404 on File
CP 404 on File

COMPARED TO THE ORIGINAL AND CERTIFIED TO
~~BE A TRUE AND COMPLETE COPY~~ THEREOF ON

**AUG 29 2018**

for BMO Bank of Montreal - 595 Burrard St., Vancouver BC

[signature]

THIS IS A TRUE COPY OF
THE ORIGINAL ITEM:
000001
BANK OF MONTREAL

Form 313BL (11/13)

Page 1 of 1


**BMO Bank of Montreal**

# Ownership Attestation

**To: BANK OF MONTREAL (the "Bank")**

The undersigned certifies that the Ownership Details for WISDOM CHAIN LIMITED (hereinafter called the 'Business') are accurate and complete as disclosed to the Bank, and as documented below. Beneficial Owners or Partners are individuals or entities who own or control 25% or more of the Business:

The undersigned certifies that the answer provided to the question "Does any individual own 25% or more of the Entity?" as required under the Canadian Proceeds of Crime (Money Laundering) and Terrorist Financing Act (PCMLTFA), was

Yes

If Yes was answered, the undersigned provided the Owner names, addresses, occupation and their percentage ownership and their type of ownership as:

**Ownership Details**

| | |
|---|---|
| **Name** | STEVE BAJIC |
| **Address** | BURNABY BC V5E2J6 |
| **% Ownership** | 100 |
| **Type of Ownership** | Direct |
| **Occupation** | Professional - Other - CONSULTANT |

It is the express wish of the parties that this document be drawn up and executed in English.

**Date**
05/Dec/2016

**Legal Name**
WISDOM CHAIN LIMITED

Print name of Officer, Director or Partner as appropriate below signature

Name: Steve Bajic  Director/Owner

Name:

COMPARED TO THE ORIGINAL AND CERTIFIED TO
BE A TRUE AND COMPLETE COPY THEREOF ON

AUG 29 2018

for BMO Bank of Montreal 595 Burrard St., Vancouver BC

THIS IS A TRUE COPY OF
THE ORIGINAL ITEM:
000007
BANK OF MONTREAL

163081 (2/15)         Page 1 of 1                                BRANCH COPY

  **Bank of Montreal**

## US Entity Classification Certification

**To: BANK OF MONTREAL (the "Bank")**

The undersigned certifies:
That the FATCA Entity Classification Type (FECT) for
**WISDOM CHAIN LIMITED** _____ (insert Legal Name)

(hereinafter called the 'Business') is

☐ Active Non-Financial Foreign Entity (NFFE)  ☒ Passive Non-Financial Foreign Entity (NFFE)  ☐ Specified US Entity

☐ Other/Excluded US Entity    ☐ Reporting IGA Financial Institution - Non US

☐ Participating Foreign Financial Institution (non IGA)    ☐ Non-Reporting IGA Financial Institution

☐ Registered Deemed Compliant Foreign Financial Institution

If the FECT for the Business is US Entity, Specified US Entity, or Other US Entity, the US Tax Identification Number (TIN) for the Business is _____ (insert US TIN).

If the FECT for the Business is a Reporting IGA Financial Institution, Participating Foreign Financial Institution (Non IGA) or a Registered Deemed Compliant Foreign Financial Institution, the Global Institution Identification Number (GIIN) for the Business is _____ (Insert GIIN).

If the FECT for the Business is Passive Non-Financial Foreign Entity (NFFE), the following information is required:

### Owner Information

| Name<br>US Citizen/US Resident/ US Entity Status for tax purposes | Address<br>US Tax Identification Number<br>(required if owner is US Citizen/ US Resident/ US Entity) |
|---|---|
| Name 1. STEVE M. BAJIC | Address: BURNABY BC  V5E 2J6 |
| ☐ Yes  ☒ No  ☐ Unknown | US TIN: |
| Name 2. | Address: |
| ☐ Yes  ☐ No  ☐ Unknown | US TIN: |
| Name 3. | Address: |
| ☐ Yes  ☐ No  ☐ Unknown | US TIN: |
| Name 4. | Address: |
| ☐ Yes  ☐ No  ☐ Unknown | US TIN: |

COMPARED TO THE ORIGINAL AND CERTIFIED TO BE A TRUE AND COMPLETE COPY THEREOF ON

AUG 29 2018

for BMO Bank of Montreal - 595 Burrard St., Vancouver BC

The undersigned further acknowledges that:

If the FECT for the Business requires the disclosure of the US TIN or GIIN and the undersigned has not already provided it, the undersigned is required to provide this number to the Bank within 90 days otherwise the Bank may report Business and account information to Canada Revenue Agency (CRA). The undersigned is required to notify the Bank immediately if the TIN or GIIN for the Business changes.

If the undersigned disclosed that the FECT for the Business is any type of US Entity the Bank will report the Business and account information to the CRA.

If the undersigned disclosed that the FECT for the Business is Passive NFFE, the undersigned acknowledges that the undersigned has disclosed all owners/ partners who have a 25% or greater beneficial ownership of the Business and that the undersigned has disclosed their US Citizenship or US Residency. If the undersigned is not able to confirm today the

Form 163066 (04/16)  06/12/2016 11:07 am

THIS IS A TRUE COPY OF
THE ORIGINAL ITEM:
000008
BANK OF MONTREAL

Page 1 of 2

US Citizenship or US Residency of the owners/ partners who have a 25% or greater beneficial ownership of the Business, the undersigned is required to provide this information to the Bank within 90 days; otherwise the Business, owner/ partner and account information will be reported to CRA.

If the undersigned is not able to confirm or has declined to confirm the FECT for the Business then the undersigned is required to provide all necessary information to the Bank within 90 days, failing which the Bank is required to report the Business and account information to CRA.

### *Certification May be Modified upon Notice in Writing:*

The undersigned may change the information provided in the Certification at any time by notifying the Bank in writing.

### *Subsequent Review*

Based on periodic reviews of Business information on file, the Bank may contact the undersigned to verify and update the US Citizen/US Resident for tax purposes or US Entity status and request written confirmation, as applicable. The undersigned may be asked to provide additional information or documentation.

It is the express wish of the parties that this Certification and any related documents be drawn up and executed in English. Les parties conviennent que la présente certification et tous les documents s'y rattachant soient rédigés et signés en anglais.

**Date:** 06/Dec/2016

**Legal Name:** WISDOM CHAIN LIMITED

Witnesses (Not required for Corporations)

Print name of Off __ Director/ Partner as appropriate below signature

Witness Name:

By: _____
Name: STEVE BAJIC
Position: DIRECTOR

Witness Name:

By: _____
Name: _____
Position: _____

COMPARED TO THE ORIGINAL AND CERTIFIED TO
BE A TRUE AND COMPLETE COPY THEREOF ON

AUG 29 2018

for BMO Bank of Montreal - 595 Burrard St., Vancouver BC

For more information, you may visit the CRA website at www.cra-arc.gc.ca/tx/nnrsdnts/nhncdrprtng/menu-eng.html.

Form 163066 (04/16) 06/12/2016 11.07 am

THIS IS A TRUE COPY OF
THE ORIGINAL ITEM:
000009
BANK OF MONTREAL

Page 2 of 2

 **Bank of Montreal**

Fields indicated by an asterisk (*) are optional and completed where applicable

Dated as of: __Dec 6, 2016__

## AGREEMENT FOR BUSINESS BANKING:
## EXECUTION AND ACCOUNT INFORMATION

Please read this document carefully - it applies to all Account(s) of the Customer (as defined in Part A) with Bank of Montreal (the "**Bank**"). Capitalized terms used herein will have the meanings ascribed to them in the Bank's Agreement for Business Banking (as amended, substituted or replaced from time to time the "**ABB**") unless otherwise defined below. This Agreement, once Part E has been signed by/on behalf of the Customer, forms part of the ABB between the Customer and the Bank (together, the "**Agreement**").

### PART A — PARTICULARS OF BUSINESS ACCOUNTS

Account #1 Transit ____ Account Number **1966**   Account #2 Transit ____ Account Number **1917**

Legal Name: **WISDOM CHAIN LIMITED** (the "Customer")

Trade Name* (Operating As or additional name information for joint business accounts only)

C/O or ATTN. *

**Business Address**
Street number **33**   Street Name **ASHLEY ROAD, UNIT 1109, 11/F, KOWLOON CENTRE**   Apt./Suite *
City **TSIM SHA TSUI**   Prov./State **KOWLOON**   Postal/Zip Code
Country (if other than Canada) **HONG KONG**   Business Telephone No. * **-6662**   Fax No. *

Business Type (e.g. Sole Proprietorship) **Private**   Business Sub Type **Non Canadian**   Registration Type

(Federal) Business Number * (required for interest-bearing accounts)

Nature of Business **INVESTMENT HOLDINGS**

**THIRD PARTY DETERMINATION**

Is this account a trust account or are these trust accounts, being opened by you in your capacity as a lawyer, accountant, or real estate broker or real estate sales representative on behalf of your customer(s)?   Yes ☐  No ☒   If Yes, proceed directly to "Authorized Signatory and Identification" section

Will this deposit account or these deposit accounts only be used by your business and only for your business, transactions or only to administer trust funds?   Yes ☒  No ☐   If No, Complete Third Party Determination Form 3391

**AUTHORIZED SIGNATORY AND IDENTIFICATION**   Note: 2 pieces of personal identification must be recorded for all new Authorized Signatory (ies) (up to a maximum of 3).

**Authorized Signatory 1**

Name **STEVE BAJIC**
(Company) Position e.g. Treasurer * **DIRECTOR/OWNER**   Occupation **Professional - Other / CONSULTANT**   Date of Birth (DD/MM/YYYY) **1970**

1. Type of Identification e.g. Driver's License **Canadian Driver's License**   Identification Number **BC**
Place of Issue (Province/State/Country) **BC**   Name of Issuer e.g. BMO, AMEX, etc. *

2. Type of Identification e.g. Driver's License **Provincial Health Insurance Card**   Identification Number **BC**
Place of Issue (Province/State/Country) **BC**   Name of Issuer e.g. BMO, AMEX, etc. *

**Authorized Signatory 2**

Name ____
(Company) Position e.g. Treasurer *   Occupation

1. Type of Identification e.g. Driver's License   Identification Number
Place of Issue (Province/State/Country)   Name of Issuer e.g. BMO, AMEX, etc. *

2. Type of Identification e.g. Driver's License   Identification Number
Place of Issue (Province/State/Country)   Name of Issuer e.g. BMO, AMEX, etc. *

COMPARED TO THE ORIGINAL AND CERTIFIED TO BE A TRUE AND COMPLETE COPY THEREOF ON

**AUG 29 2018**

THIS IS A TRUE COPY OF THE ORIGINAL ITEM 000010 for BMO Bank of Montreal - 595 Burrard St., Vancouver BC

BANK OF MONTREAL

Prod. 1091696 Form 3172 (08/16) 05/12/2016 2:50 pm    1 - Branch   2 - Customer    Page 1 of 4

**Authorized Signatory 3**

Name: _____

| (Company) Position e.g. Treasurer * | Occupation | Date of Birth (DD/MM/YYYY) |
|---|---|---|

| 1. Type of Identification e.g. Driver's License | Identification Number |
|---|---|

| Place of Issue (Province/State/Country) | Name of Issuer e.g. BMO, AMEX, etc. * |
|---|---|

| 2. Type of Identification e.g. Driver's License | Identification Number |
|---|---|

| Place of Issue (Province/State/Country) | Name of Issuer e.g. BMO, AMEX, etc. * |
|---|---|

**ACCOUNT(S) INFORMATION**
Signature Requirements :   Single [X]   Either [ ]   Both [ ]   Multiple [ ]   Official Language :   English [X]   French [ ]   Additional Information : Braille [ ]

Account # 1 _____   Account # 2 _____

Each Authorized Signatory below, in his/her personal capacity, acknowledges and consents:

(i) to the disclosure of such Authorized Signatory's personal information as set out in, or provided in connection with, this Agreement ("**Personal Information**") to each Authorized Signatory below and to the Customer or as may be required by law;

(ii) to the extent such Authorized Signatory has indicated they are also an Owner when answering the Beneficial Ownership question (Does any individual own 25% or more of the entity), from time to time with respect to such Owners personal and credit information ("**Credit Information**"):

  a. to the collection of such Credit Information from any credit bureau/ reporting agency, from any person who has or may have financial dealings with such Owner, from any references such Owner may have provided to the Bank, or from any publicly available source, such as a directory, government or public registry, Internet site or other publication in any form;

  b. to the disclosure of such Credit Information to other lenders (including any subsidiary or affiliate of the Bank), credit bureaus/reporting agencies, or any other person who has or may have financial dealings with such Owner; and

  c. to the use of such Credit Information in connection with any account, loan/credit or other banking relationship which the Customer or such Owner & Authorized Signatory has or may in the future establish with the Bank; and receipt of the Privacy Disclosure and Consent provisions contained in the Agreement for Business Banking and agrees to such provisions.

X _[signature]_

Signature of Authorized Signatory 1            Signature of Authorized Signatory 2

Name: STEVE BAJIC                              Name: _____

Position: DIRECTOR/OWNER                       Position: _____

Signature of Authorized Signatory 3

Name: _____

Position: _____

COMPARED TO THE ORIGINAL AND CERTIFIED TO BE A TRUE AND COMPLETE COPY THEREOF ON

AUG 29 2018

**PART B:   SELECTION OF EVERYDAY BANKING FOR BUSINESS PLAN**

Please select one of the following - see the Better Banking Guide for Business for further details.

for BMO Bank of Montreal - 595 Burrard St., Vancouver BC

The Customer hereby selects the following EBB Plan:

| Account number with EBB Plan | Transit number | 566  Account number |
|---|---|---|

[X] Business Start Plan      [ ] Business Builder 1 Plan      [ ] Business Builder 2 Plan

[ ] Business Builder 3 Plan  [ ] Business Builder 4 Plan      [ ] No Plan

THIS IS A TRUE COPY OF THE ORIGINAL ITEM:
000011
BANK OF MONTREAL

## PART C: ACKNOWLEDGEMENT OF RECEIPT OF BMO® DEBIT CARDS FOR BUSINESS

The Customer acknowledges receipt of the BMO Debit Card(s) for Business described below:

b 1163
MVR

| Card Number #1 | Prime Chequing Account Number: 566 | Account Restriction: 34567 ABCDEFGH. |
| --- | --- | --- |
| Limit Class: 68 | Prime Savings Account Number | Account Restriction: 345679 |
| Link Account No.: 017 | USD Alpha Reference | Account Restriction |
| PUBLIC COMPANIES GRP — Dep/New Only / Known to Azm |

Rationale for Limit Class

| Card Number #2 | Prime Chequing Account Number | Account Restriction |
| --- | --- | --- |
| Limit Class | Prime Savings Account Number | Account Restriction |
| Link Account No. | Alpha Reference | Account Restriction |

Rationale for Limit Class

| Card Number #3 | Prime Chequing Account Number | Account Restriction |
| --- | --- | --- |
| Limit Class | Prime Savings Account Number | Account Restriction |
| Link Account No. | Alpha Reference | Account Restriction |

Rationale for Limit Class

Interac Flash

### ACCOUNT RESTRICTION

1. Normal Processing
2. MECH validation
3. No Withdrawal at ATM
4. No Deposit
5. Transfer TO not allowed
6. Transfer FROM not allowed
7. Bill Payments- ATM not allowed
8. Inquiry not allowed
9. Statement FROM Statement Printer not allowed

A. No POS Purchase
B. No POS Pre-Authorized Purchase Request
C. No POS Purchase with Cashback
D. No Bill Payment – Online/Telephone Banking/Mobile/Tablet

E. No POS Merchandise Return
F. No POS Merchant Debit Reversal
G. No POS Merchant Credit Reversal
H. No Online/Telephone/Mail Order Purchase or Recurring Payment

## PART D: TELEPHONE BANKING/ONLINE BANKING REGISTRATION

The Customer hereby requests Telephone Banking/Online Banking access for the BMO Debit Card(s) for Business indicated below:

1163. MVR

Card Number #1

Card Number #2

Card Number #3

COMPARED TO THE ORIGINAL AND CERTIFIED TO BE A TRUE AND COMPLETE COPY THEREOF ON

AUG 29 2018

## PART E: ENTERING INTO AGREEMENT FOR BUSINESS BANKING

for BMO Bank of Montreal – 595 Burrard St., Vancouver BC

1. For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Customer:

   (a) the Customer acknowledges receipt of, having read and agrees to be bound by the ABB and the Better Banking Guide for Business, including the applicable fees, as each document may be amended, substituted or replaced from time to time;

   (b) certifies and agrees that the attached Certificate and Authorization as completed by the Customer is true and correct and that the Certificate and Authorization and any documentation provided to the Bank to support the existence of the business entity (including, without limitation, articles of incorporation, amalgamation or continuance, by-laws, partnership agreements and directors resolutions) are in full force and effect, unamended and that any branch of the Bank with which any dealings are had by the Customer may act or rely upon them until each such branch is notified in writing to the contrary.

   (c) In addition to the ABB, the Customer acknowledges receipt of the Better Banking Guide for Business and agrees to the applicable fees set out in the Better Banking Guide for Business, as it may be amended, substituted or replaced from time to time.

The Customer represents that each individual signing this document on behalf of the Customer is an Authorized Signatory of the Customer and has been authorized to sign on the Customer's behalf. The Customer declares that the information provided herein is true and correct.

THIS IS A TRUE COPY OF THE ORIGINAL ITEM:
000012

2. Check box if applicable –

☐ Money Service Businesses – the Customer acknowledges receipt of the Money Services Business (MSB) – Disclosure form and agrees to be bound by the terms and conditions set out therein.

It is the express wish of the parties that this Agreement and any related documents be drawn up and executed in English. Les parties conviennent que la présente convention et tous les documents s'y rattachant soient rédigés et signés en anglais.

Dated as of the date set forth on page one.

**WISDOM CHAIN LIMITED**
(Legal Name)

BY: _____  BY: _____
  Name:                          Name: STEVE BAJIC
  Position:                      Position: DIRECTOR/OWNER

| Branch Use Only | | I acknowledge that I have been presented with the identification documents, original, valid and in good condition, as recorded above. For existing customers, I confirm that identification particulars are on file. |
|---|---|---|
| A/C: | | |
| Hold Funds Waived ☐ | | |
| RM Code | AM Code | Interviewed & Opened by: MARJ ROSS 604.665.7506 |
| 10171 | 7V | Print Name and Phone Number |

All Parts of this Agreement have been reviewed and approved by Branch Manager or delegate

Name: Sheila Condraton – Delegate
Title:

ONLY for BMO Debit Card for Business: If the Approving Manager is not the Branch Manager or delegate, the Approving Manager must sign here:

Lauren Wilson
Vice President Commercial - Public Companies
Tel: (604) 665-7651
Cell (604) 354-8034
Fax: (604) 668-1450

Name:
Title:

® Registered trade-mark of Bank of Montreal

COMPARED TO THE ORIGINAL AND CERTIFIED TO BE A TRUE AND COMPLETE COPY THEREOF ON

**AUG 29 2018**

for BMO Bank of Montreal - 595 Burrard St., Vancouver BC

THIS IS A TRUE COPY OF
THE ORIGINAL ITEM:
000013
BANK OF MONTREAL