# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

ranello@maglaw.com
212-880-9520

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
DEVIN M CAIN
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

April 10, 2020

**BY ECF**

Hon. Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

Application GRANTED.

Dated: April 13, 2020
New York, New York

*Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re: *SEC v. Bajic, et al.*, Civil Action No. 20-cv-00007-LGS

Dear Judge Schofield,

This letter is being submitted after discussion with, and with the consent of, the SEC. Mr. Bajic has informed me that he is unable to retain my firm to enter an appearance as counsel in this action and, therefore, he will be acting pro se. I anticipate, however, that I will continue to advise him. As a convenience to the SEC and the Court, Mr. Bajic has authorized me to continue to receive service of papers in this matter on his behalf and I have agreed to do so.

As also discussed with the SEC, because of certain extenuating circumstances regarding Mr. Bajic, Mr. Bajic and the SEC have agreed with respect to several matters which he respectfully seeks court approval.

1. Mr. Bajic will have 90 days from the date of service—April 2, 2020—to respond to the Commission's complaint.

2. Mr. Bajic's participation in the initial pretrial conference (currently scheduled date, May 7, 2020), as well as Mr. Bajic's input into the joint letter and the proposed case schedule, are adjourned for an additional 30 days.

Respectfully submitted,

*Robert J. Anello* by RJF
Robert J. Anello

Cc: Kathleen Shields