UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

STEVE M. BAJIC, et al.,

                Defendants.

20 Civ. 7 (LGS)

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, on May 6, 2020, the Court issued an order directing Defendants Steve Bajic and Aaron Wise to file a joint letter by June 9, 2020, describing the outcome of their participation in the Rule 26(f) conference and input in any pre-conference materials.  ECF 110 at 2;

WHEREAS, on May 29, 2020, the deadline for Defendant Wise to answer or otherwise respond to the Complaint was adjourned to August 27, 2020.  ECF 121;

WHEREAS, Defendant Bajic has not timely filed a letter describing his participation in the Rule 26(f) conference.  It is hereby

**ORDERED** that Defendants Bajic shall file a letter by **June 15, 2020**, describing the outcome of his participation in the Rule 26(f) conference and input in any pre-conference materials.

Dated:   June 11, 2020
            New York, New York

                                                LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE