AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

> **EXHIBIT 3**

SECURITIES AND EXCHANGE COMMISSION

)
)
)
)
)

*Plaintiff(s)*

v.

STEVE M. BAJIC, et al

)
)
)
)
)
)

Civil Action No.   1:20-cv-00007-LGS

*Defendant(s)*

)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BLACKLIGHT SA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Alicia Reed, Esq.
SECURITIES AND EXCHANGE COMMISSION
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   01/08/2020

*/s/ D. Howie*

*Signature of Clerk or Deputy Clerk*



**U.S. Department of Justice**

Criminal Division

VAA:WHG:JEC:CLF:cdm

_Office of International Affairs_                    _Washington, D.C. 20530_

July 28, 2020

<u>VIA EMAIL</u>
Ms. Marlee Miller
Branch Chief
U.S. Securities and Exchange Commission
Office of International Affairs
100 F Street, NE
Washington, DC 20549

> Re:     <u>Materials Provided in Response to the Request for Legal Assistance in the
> Prosecution of Blacklight SA and Anthony Killarney; OIA Reference Number:
> CRM-182-73280 (please use when responding)</u>

Dear Ms. Miller:

Pursuant to your request for assistance in the above-referenced matter, enclosed please find evidence from Switzerland, consisting of a letter from the Canton of Geneva, receipts of the delivery of service, and certificates of authenticity. Please note that under Swiss Criminal Code Article 85(4)(a), service of process by registered mail that is not collected is considered effective on the seventh day following the unsuccessful attempt at service. Given that the Swiss authorities also made several attempts to effect personal service on both Blacklight SA and Anthony Killarney, the Swiss Federal Office of Justice has indicated that this additional attempt by registered mail is sufficient under Swiss law.

This office is forwarding these materials as received and is not retaining a copy. The documents will require translation. Please review the material and advise within 30 days whether the evidence completes the execution of your request.

Article 5 of the Treaty governs the use limitations applicable to this material. Should you anticipate the need to use the materials for a different purpose, please consult this office in advance for the purpose of obtaining authorization. In addition, the following conditions to providing assistance have been imposed: the Federal Office of Justice, Swiss Central Authority for the USA, has determined that any public disclosure of the enclosed documents - as defined by article 320 of the Swiss Criminal Code (Violation of Official Secrecy), and including disclosure pursuant to Freedom of Information Act requests - would violate the laws applicable to the FOJ.

2

Please confirm by email to International Affairs Specialist Caleb Montague at Caleb.Montague@usdoj.gov that you have received the enclosed evidence.  If you have any questions, please do not hesitate to contact me at (202) 262-6992, or Colette.Ford@usdoj.gov.

Sincerely,

Vaughn A. Ary
Director

By:

Colette L. Ford
Senior Trial Attorney

Enclosures: Materials from Switzerland



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Swiss Confederation

Federal Department of Justice and Police FDJP
**Federal Office of Justice FOJ**
Division for International Legal Assistance
Mutual Assistance Unit II: Obtaining Evidence and Service of Documents

CH-3003 Berne, FOJ

**FEDERAL EXPRESS**
Office of International Affairs OIA
Department of Justice
Criminal Division
Suite 800
1301 New York Ave., N.W.
Washington DC 20005
UNITED STATES
Phone +1 202 514 00 00

Your reference: CRM 182-73260  CRM-182-73192
Our reference: Z-20-200-3
Person responsible: MOC
Berne, July 15, 2020

**Your request for service of documents of May 4, 2020 on BLACKLIGHT SA and KILLARNEY Anthony**

Dear Sir or Madam

Reference is made to the above-mentioned request. Please find enclosed the resulting documents.

Best regards

Federal Office of Justice

Christine Moosmann

Document without signature

Enclosures mentioned

Federal Office of Justice FOJ
Christine Moosmann
Bundesrain 20, 3003 Berne, Switzerland
Phone +41 58 467 31 58, Fax +41 58 462 53 80
christine.moosmann@bj.admin.ch
www.bj.admin.ch

BJ-00407891 / P003

Confidential Pursuant to Securities Exchange Act s.24(d)

SEC-MLATSFOJ-E-0000004

Republic and Canton of Geneva                      Geneva, July 14, 2020
Judicial Branch
Office of the Public Prosecutor
                                                        NA/72/2020 HPG
Office of the Public Prosecutor
Bailiff Department                                 Federal Office of Justice
Route de Chancy 6B                                 Office of International Judicial
Postal Box 3565                                    Assistance
CH – 1211 Geneva 3                                 Attn.: Ms. Moosmann
[website]                                          Bundesrain 20
                                                   3003 Bern

| Ref.: **NA/72/2020** HPG |
|---|
| Your ref.: **Z-20-200-3**        MOC |

It is our privilege to return to you the requested judicial document notice:
- Registered mail that was reported on July 10 by the Swiss Postal System as **EXECUTED** (no recipient signature due to COVID-19)

Sincerely,

On behalf of the Office of the Public Prosecutor
Bailiff Department
Eric Fontannaz
[signed]
[stamp: Office of the Public Prosecutor of the Republic and Canton of Geneva]

---

Office of the Public Prosecutor, Bailiff Department – [telephone, website, fax]
E-fax terms of use: [website]
Office hours: 8:00 AM to 12:00 PM and 2:00 PM to 5:00 PM
TPG access: Line 14, stop Quidort/2; Line 19, stop Claire-Vue

Republic and Canton of Geneva
Judicial Branch
Office of the Public Prosecutor

Office of the Public Prosecutor
Route de Chancy 6B
Postal Box 3565
CH – 1211 Geneva 3
[website]

Geneva, date of postal stamp

NA/72/2020 HPG

REGISTERED MAIL

Blacklight SA
C/O Michael Mraz, Esq.
Law firm of Wenger & Vieli AG
Dufourstrasse 56
Postfach
8034 Zurich

> Ref.: **NA/72/2020** HPG
> Please include in all
> correspondence

Dear Sir,

Enclosed, please find a legal document from the Department of Justice in the USA regarding the company Blacklight SA.

You are receiving this document pursuant to the enclosed power of attorney from March 5, 2020.

Sincerely,

Office of the Public Prosecutor
Bailiff Department
[signed]
[stamp: Office of the Public Prosecutor of the Republic and Canton of Geneva]

---

Office of the Public Prosecutor [telephone, website, fax]
E-fax terms of use: [website]
Office hours: 8:00 AM to 12:00 PM and 2:00 PM to 5:00 PM;
Telephone service 8:30 AM to 12:00 PM and 2:00 PM to 5:00 PM
TPG access: Line 14, stop Quidort/2; Line 19, stop Claire-Vue

Confidential Pursuant to Securities Exchange Act s.24(d)

[Envelope]

La Poste



Office of the Public
Prosecutor
Route de Chancy 6B
Postal Box 3565
CH – 1211 Geneva 3
[website]

Blacklight S.A.
C/O Michael Mraz, Esq.
Law firm of Wenger & Vieli AG
Dufourstrasse 56
Postfach
8034 Zurich

Confidential Pursuant to Securities Exchange Act s.24(d)

**La Poste** [Logo]          For Customers          Online Services          My Shipments

Customer Center          My Shipments

My Shipments

| | |
|---|---|
|  | **Coronavirus: We are here for you, but with a few adjustments**<br>For contactless delivery of your shipment, select the **"Delivery"** setting.<br>Deliveries may be delayed at this time. |

| Shipment number/PIN<br>993210814290004049 | Search |
|---|---|

 PostPac Economy
99.32.108142.90004049

Delivered
July 10, 2020

**PostPac Economy**

**Shipment number: 99.32.108142.90004049**

Delivered                    Delivery address
July 10, 2020               8008 Zurich

Shipment details
35.3 x 23.3 x 3.8 cm, 1.64 kg

Friday, July 10, 2020

10:15    Delivered by
         8032 Zurich Neumunster

Wednesday, July 8, 2020

16:53    Shipment processed for delivery
         8520 Frauenfeld Paketzentrum
10:05    Shipment processed
         1310 Daillens Package Center

Tuesday, July 7, 2020

16:45    Shipment announced by sender (information received)

--    show less

Confidential Pursuant to Securities Exchange Act s.24(d)

Republic and Canton of Geneva
Judicial Branch
Office of the Public Prosecutor

Geneva, July 14, 2020

NA/71/2020 HPG

Office of the Public Prosecutor
Bailiff Department
Route de Chancy 6B
Postal Box 3565
CH – 1211 Geneva 3
[website]

Federal Office of Justice
Office of International Judicial
Assistance
Attn.: Ms. Moosmann
Bundesrain 20
3003 Bern

| Ref.: | **NA/71/2020** HPG | |
|---|---|---|
| Your ref.: | **Z-20-200-3** | MOC |



It is our privilege to return to you the requested judicial document notice:
- Registered mail that was reported on July 9 by the Swiss Postal System as **EXECUTED** (no recipient signature due to COVID-19)

Sincerely,

On behalf of the Office of the Public Prosecutor
Bailiff Department
Eric Fontannaz
[signed]
[stamp: Office of the Public Prosecutor of the Republic and Canton of Geneva]

---

Office of the Public Prosecutor, Bailiff Department – [telephone, website, fax]
E-fax terms of use: [website]
Office hours: 8:00 AM to 12:00 PM and 2:00 PM to 5:00 PM
TPG access: Line 14, stop Quidort/2; Line 19, stop Claire-Vue

Republic and Canton of Geneva                          Geneva, date of postal stamp
Judicial Branch
Office of the Public Prosecutor

                                                        NA/71/2020 HPG

Office of the Public Prosecutor
Route de Chancy 6B                                     REGISTERED MAIL
Postal Box 3565
CH – 1211 Geneva 3                                     Mr. Anthony Killarney
[website]                                              Route du Mandement 102
                                                        1242 Satigny

| Ref.: **NA/71/2020** HPG |
| Please include in all correspondence |

Dear Sir,

Enclosed, please find a legal document from the Department of Justice in the USA that relates to you.


Sincerely,

                        Office of the Public Prosecutor
                            Bailiff Department
                                [signed]
            [stamp: Office of the Public Prosecutor of the Republic and Canton of Geneva]

---

Office of the Public Prosecutor [telephone, website, fax]
E-fax terms of use: [website]
Office hours: 8:00 AM to 12:00 PM and 2:00 PM to 5:00 PM;
Telephone service 8:30 AM to 12:00 PM and 2:00 PM to 5:00 PM
TPG access: Line 14, stop Quidort/2; Line 19, stop Claire-Vue

Confidential Pursuant to Securities Exchange Act s.24(d)

[Envelope]

La Poste





Office of the Public
Prosecutor
Route de Chancy 6B
Postal Box 3565
CH – 1211 Geneva 3
[website]

Mr. Anthony Killarney
Route du Mandemenet 102
1242 Satigny

*NA/71/2020*

**La Poste** [Logo]          For Customers          Online Services          My Shipments

Customer Center          My Shipments

My Shipments

 Coronavirus: We are here for you, but with a few adjustments
For contactless delivery of your shipment, select the "Delivery" setting.
Deliveries may be delayed at this time.

| Shipment number/PIN 993210814290004050 | Search |
|---|---|

 PostPac Economy
99.32.108142.90004050

Delivered
July 9, 2020

## PostPac Economy
Shipment number: 99.32.108142.90004050

Delivered                                    Delivery address
July 9, 2020                                  1242 Satigny

Shipment details
34.9 x 23.3 x 2.6 cm, 1.02 kg

|  |  | Thursday, July 9, 2020 |
|---|---|---|
| | 11:42 | Delivered by 1217 Meyrin Distribution |
|  |  | Wednesday, July 8, 2020 |
| | 10:06 | Shipment processed for delivery 1310 Daillens Package Center |
|  |  | Tuesday, July 7, 2020 |
| | 16:45 | Shipment announced by sender (information received) |
| -- | show less | |



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Swiss Confederation

Federal Department of Justice and Police FDJP
**Federal Office of Justice FOJ**
Division for International Legal Assistance
Mutual Assistance Unit II: Obtaining Evidence and Service of Documents

CH-3003 Berne, FOJ

**FEDERAL EXPRESS**
Office of International Affairs OIA
Department of Justice
Criminal Division
Suite 800
1301 New York Ave., N.W.
Washington DC 20005
UNITED STATES
Phone +1 202 514 00 00

Your reference: CRM 182-73280  CRM-182-73192
Our reference: Z-20-200-3
Person responsible: MOC
**Berne, July 15, 2020**

**Your request for service of documents of May 4, 2020 on BLACKLIGHT SA and KILLARNEY Anthony**

Dear Sir or Madam

Reference is made to the above-mentioned request. Please find enclosed the resulting documents.

Best regards

Federal Office of Justice

Christine Moosmann

Document without signature

Enclosures mentioned

Federal Office of Justice FOJ
Christine Moosmann
Bundesrain 20, 3003 Berne, Switzerland
Phone +41 58 467 31 58, Fax +41 58 462 53 80
christine.moosmann@bj.admin.ch
www.bj.admin.ch

BJ-00407891 / P003

Confidential Pursuant to Securities Exchange Act s.24(d)



République et canton de Genève
**POUVOIR JUDICIAIRE**
**Ministère public**

Genève, le 14 juillet 2020

NA/72/2020 HPG

Ministère public
Service des huissiers
Route de Chancy 6 B
Case postale 3565
CH - 1211 GENEVE 3
www.ge.ch/justice

OFFICE FEDERAL DE LA JUSTICE
Division de l'entraide
judiciaire internationale
A l'attention de Mme MOOSMANN
Bundesrain 20
3003 Berne

| Réf : | **NA/72/2020** HPG | |
|---|---|---|
| V.Réf: | **Z-20-200-3** | MOC |

Nous avons l'honneur de vous adresser en retour sous ce pli, votre demande de notification d'un acte judiciaire:

- Pli recommandé notifié le 10 juillet par la Poste suisse (pas de signature du destinataire – Covid-19), soit **EXECUTE.**

Nous vous prions d'agréer l'expression de nos sentiments distingués.

Pour le Ministère Public
Service des huissiers
Eric Fontannaz



Ministère public - Service des huissiers - Tél : +4122 327 66 00 - http://ge.ch/justice/ministere-public
efax: efaxMP@justice.ge.ch - efax avocats: efaxMP.avocats@justice.ge.ch
Règles d'utilisation efax: http://ge.ch/justice/ministere-public/efax
**Horaire d'ouverture : 8h00-12h00 et 14h00-17h00**
Accès TPG : 14 arrêt Quidort / 2, 19 arrêt Claire-Vue

P_PG34                                                                                                     FCE
Envoi simple

Confidential Pursuant to Securities Exchange Act s.24(d)                    SEC-MLATSFOJ-E-0000005



République et canton de Genève
**POUVOIR JUDICIAIRE**
Ministère public

Genève, date du timbre postal

NA/72/2020/HPG

Ministère public
Route de Chancy 6 B
Case postale 3565
CH - 1211 GENEVE 3
www.ge.ch/justice

RECOMMANDE

BLACKLIGHT SA
c/o Me Michael Mràz
Etude Wenger & Vieli AG
Dufourstrasse 56
Postfach
8034 Zürich

Réf : **NA/72/2020 HPG**
à rappeler lors de toute
communication

Maître,

Veuillez recevoir ci-joint un acte judicaire provenant du Département de la justice des USA concernant la Société BLACKLIGHT SA,

Vous le recevez en fonction de votre procuration ci-jointe du 5 mars 2020.

Veuillez agréer, Maître, mes salutations distinguées

Ministère public
Service des huissiers



Ministère public - Tél : +41 22 327 64 63/64 - http://ge.ch/justice/ministere-public
efax: efaxMP@justice.ge.ch - efax avocats: efaxMP.avocats@justice.ge.ch
Règles d'utilisation efax: http://ge.ch/justice/ministere-public/efax
Horaire guichet : 8h-12h 14h-17h / tél : 8h30-12h 14h-17h
Accès TPG : 14 arrêt Quidort / 2, 19 arrêt Claire-Vue

MP_COUVERTURE

FOE

Envoi simple

Confidential Pursuant to Securities Exchange Act s.24(d)

SEC-MLATSFOJ-E-0000006



N 1/72/2020

## LA POSTE

Espace clients    Services en ligne    Mes envois

Centre clientèle    Mes envois

# Mes envois

Coronavirus: nous sommes là pour vous - mais avec certains ajustements
Pour la réception sans contact de vos envois, sélectionner le
**paramètre permanent «Déposer»**. Des retards de distribution sont actuellement possibles.

Numéro de l'envoi / code de retrait
993210814290004049

[Chercher]

PostPac Economy
99.32.108142.90000 4049
Distribué
10 juillet 2020

---

# PostPac Economy
## Numéro de l'envoi: 99.32.108142.90004049

**Distribué**                          **Adresse de distribution**
10 juillet 2020                         8008 Zürich

**Informations sur l'envoi**
35.3 x 23.3 x 3.8 cm, 1.64 kg

---

                        vendredi, 10 juillet 2020

✓    10:15    Distribué par
              8032 Zürich Neumünster

                        mercredi, 8 juillet 2020

✓    16:53    L'envoi a été trié en vue de sa distribution
              8520 Frauenfeld Paketzentrum

✓    10:05    L'envoi a été trié
              1310 Daillens Centre Colis

                        mardi, 7 juillet 2020

✓    16:45    Envoi annoncé par l'expéditeur (données livrées)

—    montrer moins

Confidential Pursuant to Securities Exchange Act s.24(d)



République et canton de Genève
**POUVOIR JUDICIAIRE**
**Ministère public**

Genève, le 14 juillet 2020

NA/71/2020 HPG

Ministère public
Service des huissiers
Route de Chancy 6 B
Case postale 3565
CH - 1211 GENEVE 3
www.ge.ch/justice

OFFICE FEDERAL DE LA JUSTICE
Division de l'entraide
judiciaire internationale
A l'attention de Mme MOOSMANN
Bundesrain 20
3003 Berne

| Réf : | **NA/71/2020** HPG | |
| V.Réf: | **Z-20-200-3** | MOC |



BA Justiz VES

E 15. Juli 2020

Act

Nous avons l'honneur de vous adresser en retour sous ce pli, votre demande de notification d'un acte judiciaire:

- Pli recommandé notifié le 09 juillet par la Poste suisse (pas de signature du destinataire – Covid-19), soit **EXECUTE.**

Nous vous prions d'agréer l'expression de nos sentiments distingués.

Pour le Ministère Public
Service des huissiers.
Eric Fontannaz



Ministère public - Service des huissiers - Tél : +4122 327 66 00 - http://ge.ch/justice/ministere-public
efax: efaxMP@justice.ge.ch - efax avocats: efaxMP.avocats@justice.ge.ch
Règles d'utilisation efax: http://ge.ch/justice/ministere-public/efax
**Horaire d'ouverture : 8h00-12h00 et 14h00-17h00**
Accès TPG : 14 arrêt Quidort / 2, 19 arrêt Claire-Vue

F_PI034

Envoi simple

FOE

Confidential Pursuant to Securities Exchange Act s.24(d)



République et canton de Genève
**POUVOIR JUDICIAIRE**
**Ministère public**

Genève, date du timbre postal

NA/71/2020/HPG

Ministère public
Route de Chancy 6 B
Case postale 3565
CH - 1211 GENEVE 3
www.ge.ch/justice

**RECOMMANDE**

M. KILLARNEY Anthony
Route du Mandement 102
1242 Satigny

> **Réf : NA/71/2020 HPG**
> à rappeler lors de toute
> communication

Monsieur,

Veuillez recevoir ci-joint un acte judiciaire provenant du Département de la justice des USA vous concernant.

Veuillez agréer, Monsieur, mes salutations distinguées

Ministère public
Service des huissiers



Ministère public - Tél : +41 22 327 64 63/64 - http://ge.ch/justice/ministere-public
efax: efaxMP@justice.ge.ch - efax avocats: efaxMP.avocats@justice.ge.ch
Règles d'utilisation efax: http://ge.ch/justice/ministere-public/efax
Horaire guichet : 8h-12h 14h-17h / tél : 8h30-12h 14h-17h
Accès TPG : 14 arrêt Quidort / 2, 19 arrêt Claire-Vue

MP_COUVERTURE                                                    FOE

Envoi simple

Confidential Pursuant to Securities Exchange Act s.24(d)                    SEC-MLATSFOJ-E-0000010



NA/71/2020/HPG

Monsieur
KILLARNEY Anthony
Route du Mandemenet 102
1242 Satigny

Ministère public
Route de Chancy 6 B
Case postale 3565
CH - 1211 GENÈVE 3
www.ge.ch/justice

99 32 108 142 9000 4050

LA POSTE

Confidential Pursuant to Securities Exchange Act s.24(d)

SEC-MLATSFOJ-E-0000011

NA/7A/2020





# PostPac Economy
Numéro de l'envoi 99.32.108142.90004050

**Distribué**
9 juillet 2020

**Adresse de distribution**
1242 Satigny

**Informations sur l'envoi**
34.9 x 23.3 x 2.6 cm, 1.02 kg

jeudi, 9 juillet 2020

11:42    **Distribué par**
         **1217 Meyrin Distribution**

mercredi, 8 juillet 2020

10:06    L'envoi a été trié en vue de sa distribution
         1310 Daillens Centre Colis

mardi, 7 juillet 2020

16:45    Envoi annoncé par l'expéditeur (données livrées)

— montrer moins