EXHIBIT 4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Securities and Exchange Commission

                 **Plaintiff(s),**

              **- against -**

Steve M. Bajic, et al.

                **Defendant(s),**

-----------------------------------------------------------X

    20 Civ. 0007 (LGS)

**CLERK'S CERTIFICATE OF DEFAULT**

      **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on January 2, 2020 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) SSID LTD. by personally serving via email to Rajesh Taneja, the Owner/Director/Officer of SSID LTD., and proof of service was therefore filed on August 14, 2020, Doc. #(s) 151.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: New York, New York**
      September 4, 2020

                                     **RUBY J. KRAJICK**
                                     **Clerk of Court**

                             **By:** _[signature]_
                                    **Deputy Clerk**