**Blacklight SA - Disgorgement and Prejudgment Interest Calculation**

|  | 2016 | 2017 | 2018 | Grand Total |
|---|---|---|---|---|
| **Sum of Proceeds (Cost)** | $ 9,507,888.56 | $ 20,513,642.02 | $ 16,048,472.95 | $ 46,070,003.52 |
| **Blacklight Estimated Commission (6%)** | $ 570,473.31 | $ 1,230,818.52 | $ 962,908.38 | $ 2,764,200.21 |
| **Blacklight Commissions Earned from Bajic/Taneja Accounts** | $ 542,268.30 | $ 875,186.70 | $ 134,363.91 | $ 1,551,818.91 |
| **Total Blacklight Commissions Earned (Disgorgement)** | $ 1,112,741.61 | $ 2,106,005.22 | $ 1,097,272.28 | $ 4,316,019.12 |
| **Prejudgment Interest (Through 12/31/2019)** | $ 169,266.64 | $ 225,682.83 | $ 61,516.84 | $ 456,466.31 |
| **Disgorgement + Prejudgment Interest** | $ 1,282,008.25 | $ 2,331,688.05 | $ 1,158,789.12 | $ 4,772,485.43 |



EXHIBIT 8