

**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**



EXHIBIT 10

## Blacklight SA - 2016 PJI

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$1,112,741.61** |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $10,974.99 | $1,123,716.60 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $11,206.38 | $1,134,922.98 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $11,442.51 | $1,146,365.49 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $11,557.88 | $1,157,923.37 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $11,420.61 | $1,169,343.98 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $14,576.75 | $1,183,920.73 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $14,920.64 | $1,198,841.37 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $15,108.69 | $1,213,950.06 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $17,959.81 | $1,231,909.87 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $18,428.02 | $1,250,337.89 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $15,757.68 | $1,266,095.57 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $15,912.68 | $1,282,008.25 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **01/01/2017-12/31/2019** | | | **$169,266.64** | **$1,282,008.25** |



# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

## Blacklight SA - 2017 PJI

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$2,106,005.22** |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $20,771.56 | $2,126,776.78 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $26,511.87 | $2,153,288.65 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $27,137.34 | $2,180,425.99 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $27,479.34 | $2,207,905.33 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $32,664.90 | $2,240,570.23 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $33,516.48 | $2,274,086.71 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $28,659.72 | $2,302,746.43 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $28,941.62 | $2,331,688.05 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **01/01/2018-12/31/2019** | | | **$225,682.83** | **$2,331,688.05** |



# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

## Blacklight SA - 2018 PJI

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$1,097,272.28** |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $16,233.62 | $1,113,505.90 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $16,656.83 | $1,130,162.73 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $14,243.15 | $1,144,405.88 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $14,383.24 | $1,158,789.12 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| 01/01/2019-12/31/2019 | | | $61,516.84 | $1,158,789.12 |