UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SECURITIES AND EXCHANGE                                     :
COMMISSION,                                                 :
                                  Plaintiff,                :   20 Civ. 7 (LGS)
                                                            :
             -against-                                      :   ORDER
                                                            :
STEVE M. BAJIC, et al.,                                     :
                                  Defendants.               X
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 12, 2020, Defendant Anthony Killarney ("Defendant") filed a letter requesting leave to file a motion to dismiss. (Dkt. No. 192).

WHEREAS, on October 19, 2020, Plaintiff Securities and Exchange Commission ("SEC") responded opposing Defendant's request. (Dkt. No. 195).

WHEREAS, on October 29, 2020, the parties attended a conference to discuss the proposed motion to dismiss. It is hereby

**ORDERED** that, by **November 19, 2020,** the SEC shall file on ECF an amended Complaint that states, with particularity, the allegations against Defendant.

Dated: October 29, 2020
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**