UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                    Plaintiff,<br>      v.<br>STEVE M. BAJIC,<br>RAJESH TANEJA,<br>NORFOLK HEIGHTS LTD.,<br>FOUNTAIN DRIVE LTD.,<br>ISLAND FORTUNE GLOBAL LTD.,<br>CRYSTALMOUNT LTD.,<br>WISDOM CHAIN LTD.,<br>SSID LTD.,<br>SURE MIGHTY LTD.,<br>TAMARIND INVESTMENTS INC.,<br>KENNETH CIAPALA,<br>ANTHONY KILLARNEY,<br>BLACKLIGHT SA,<br>CHRISTOPHER LEE MCKNIGHT, and<br>AARON DALE WISE,<br><br>                    Defendants. | Civil Action No. 1:20-CV-00007 |

**ORDER PERMITTING THE U.S. MARSHALS SERVICE TO SERVE AS THE CUSTODIAN OF PHYSICAL STOCK CERTIFICATES**

After considering the motion of Plaintiff Securities and Exchange Commission ("Commission") seeking authorization to allow the U.S. Marshals Service to serve as the custodian of physical stock certificates pending the appointment of a receiver or liquidation agent who will oversee the appropriate disposition of all assets collected pursuant to the Final Judgments issued by the Court in this Case, **the Court grants that motion and Orders**:

The securities listed in the table below, which have been transferred into physical share certificates, shall be transferred to the U.S. Marshals Service by sending them to the following address: U.S. Marshals Service, Southern District of New York, 500 Pearl St., Suite 400, New

1

York, NY 10007. These share certificates shall be held by the U.S. Marshals Service as custodian until further Order of this Court.

| Defendant In Whose Name Securities Are Held | Name of Security/Ticker Symbol | Number of Shares |
|---|---|---|
| Norfolk Heights Ltd. | Bingo Nation Inc (BLTO.US) | 4,419,541 |
| Norfolk Heights Ltd. | Link Reservations Inc (LRSV.US) | 12,687,003 |
| Fountain Drive Ltd. | Flasr Inc (FLSR.US) | 100,000 |
| Crystalmount Ltd. | Alterola Biotech Inc (ABTI.US) | 5,320,000 |
| Crystalmount Ltd. | Bingo Nation Inc (BLTO.US) | 34,500 |
| Crystalmount Ltd. | Apotheca Biosci Inc (CBDC.US) | 1,489,782 |
| Crystalmount Ltd. | Global Quest Ltd (GLBB.US) | 313,188 |

Dated: October 30, 2020
      New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE