UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br>   v.<br><br>STEVE M. BAJIC,<br>RAJESH TANEJA,<br>NORFOLK HEIGHTS LTD.,<br>FOUNTAIN DRIVE LTD.,<br>ISLAND FORTUNE GLOBAL LTD.,<br>CRYSTALMOUNT LTD.,<br>WISDOM CHAIN LTD.,<br>SSID LTD.,<br>SURE MIGHTY LTD.,<br>TAMARIND INVESTMENTS INC.,<br>KENNETH CIAPALA,<br>ANTHONY KILLARNEY,<br>BLACKLIGHT SA,<br>CHRISTOPHER LEE MCKNIGHT, and<br>AARON DALE WISE,<br><br>                      Defendants. | Civil Action No. 1:20-CV-00007 |

**ORDER FREEZING CERTAIN SHARES HELD IN BOOK ENTRY FORM BY <u>TRANSFER AGENTS</u>**

After considering the motion of Plaintiff Securities and Exchange Commission ("Commission") seeking a freeze on certain shares of stock formerly owned by certain of the defendants, pending the appointment of a receiver or liquidation agent who will oversee the appropriate disposition of all assets collected pursuant to the Final Judgments issued by the Court in this Case, the Court grants that motion and Orders that:

The following securities which were, or will be, transferred via DWAC to their transfer agents shall be held in book entry form by those transfer agents in the names of the following

defendants, and shall not be further transferred, dissipated, cancelled, sold, or assigned until further Order of this Court:

| Defendant In Whose Name Securities Are Held | Name of Security/Ticker Symbol | Number of Shares |
|---|---|---|
| Norfolk Heights Ltd. | Envirotechnologies (ETII.US) | 1,292,204 |
| Norfolk Heights Ltd. | VilactoBio Inc (VIBI.US) | 1,950,000 |
| Fountain Drive Ltd. | Emoneco Inc (EMON.US) | 637 |
| Fountain Drive Ltd. | Preston Corp/NV (PSNP.US) | 3,097,350 |
| Island Fortune Global Ltd. | VilactoBio Inc (VIBI.US) | 1,534,881 |
| Crystalmount Ltd. | Cell Source Inc (CLCS.US) | 478,993 |
| Crystalmount Ltd. | Intelligent Cloud res Inc (ITLL.US) | 2,951,666 |
| Crystalmount Ltd. | Preston Corp/NV (PSNP.US) | 2,809,547 |
| Crystalmount Ltd. | Uneeqo Inc (UNEQ.US) | 5,226 |
| Wisdom Chain Ltd. | Drone Guarder Inc (DRNG.US) | 1,890,657 |
| Sure Mighty Ltd. | Intelligent Cloud res Inc (ITLL.US) | 3,655,000 |

Dated: November 6, 2020

_____
**LORNA G. SCHOFIELD**
UNITED STATES DISTRICT JUDGE