# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

ranello@maglaw.com
212-880-9520

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

November 25, 2020

**BY ECF**

The Honorable Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1106
New York, NY 10007

Re: *SEC v. Bajic, et al.*, 20-cv-00007-LGS-KHP

Dear Judge Schofield:

I write on behalf of Steve Bajic, who is acting *pro se* in the above-captioned matter.

Based on the fact that the SEC filed an amended complaint yesterday, *see* Dkt. 220, it is our understanding that Mr. Bajic has 14 days from yesterday—December 8, 2020—to respond to the SEC's amended complaint. *See* Fed. R. Civ. P. 15(a)(3).

Based on Mr. Bajic's continuing discussions with the SEC, I respectfully request that the Court grant Mr. Bajic an additional 90 days from December 8, 2020: (1) to respond to the SEC's amended complaint and (2) to provide input on his participation in the Rule 26(f) conference and any pretrial conference materials. Mr. Bajic's response and input would be due on Monday, March 8, 2021. The SEC consents to these extensions.

Mr. Bajic has previously requested and received, with the SEC's consent, three prior extensions of these deadlines.

Respectfully submitted,

RAllo by CJF

Robert J. Anello

Cc: Kathleen Shields