```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
United States Securities and Exchange          :
Commission,                                    :
                                               :
                Plaintiff,                     :      20-CV-00007 (LGS) (KHP)
                                               :
                                               :
        -against-                              :      ORDER RESCHEDULING
                                               :      DAMAGES INQUEST HEARING
Tamarind Investments, Inc., et al.,            :
                                               :
                                               :
                Defendants.                    :
-------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

The telephonic Damages Inquest Hearing previously scheduled for Wednesday, December 9, 2020 at 10:00 a.m. is hereby rescheduled to **Thursday, January 7, 2021 at 10:00 a.m.** The parties are directed to dial-in to the Court's conference line at the scheduled time. **Please dial (866) 434-5269; Access Code: 4858267.** Counsel for the parties shall be prepared to answer questions and provide testimony, as appropriate, on the damages application.

**SO ORDERED.**

Dated: December 9, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/2020