UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                      Plaintiff,<br>    v.<br><br>STEVE M. BAJIC,<br>RAJESH TANEJA,<br>NORFOLK HEIGHTS LTD.,<br>FOUNTAIN DRIVE LTD.,<br>ISLAND FORTUNE GLOBAL LTD.,<br>CRYSTALMOUNT LTD.,<br>WISDOM CHAIN LTD.,<br>SSID LTD.,<br>SURE MIGHTY LTD.,<br>TAMARIND INVESTMENTS INC.,<br>KENNETH CIAPALA,<br>ANTHONY KILLARNEY,<br>BLACKLIGHT SA,<br>CHRISTOPHER LEE MCKNIGHT, and<br>AARON DALE WISE,<br><br>                      Defendants. | Civil Action No. 1:20-CV-00007 |

## JOINT STATUS REPORT

The Securities and Exchange Commission ("Commission") and defendant Anthony Killarney ("Killarney") provide the following update to the status report that they filed with the Court on November 5, 2020 (Dkt. No. 208).

**Defendant Killarney**

The Commission's counsel and Killarney's counsel have reached an agreement in principle to settle the Commission's claims against defendant Killarney. That agreement in principle requires internal review at the Commission, which is ongoing. If the Commission approves the settlement, the parties will submit their agreement, in the form of a motion for entry of judgment, with the proposed final judgment and consent agreement, for the Court's approval.

As a result of this agreement in principle, the parties request that Killarney's time to respond to the Complaint be extended to February 12, 2021.

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

/s/ Kathleen Shields
Kathleen Burdette Shields (Mass Bar No. 637438)*
Rebecca Israel (NY Bar No. 4783304)*
Eric A. Forni (Mass Bar No. 669685)
SECURITIES AND EXCHANGE COMMISSION
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Phone: (617) 573-8904 (Shields direct);
(617) 573-4582 (Israel direct)
Fax: (617) 573-4590 (fax)
shieldska@sec.gov; israelr@sec.gov
* Admitted pro hac vice

ANTHONY KILLARNEY

s/ Michael Liftik
Michael Liftik
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Phone: (202) 538-8141
michaelliftik@quinnemanuel.com

## CERTIFICATE OF SERVICE

I hereby certify that, on December 14, 2020, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all registered participants who have appeared in this case. Also, I will serve the document via e-mail upon the remaining parties who not registered to receive electronic notice through the CM/ECF system (defendants Tamarind and SSID Ltd.), and I will provide notice of the filing to defendant Blacklight SA's Swiss counsel.

/s Kathleen Shields
Kathleen Shields