UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  :
SECURITIES AND EXCHANGE  :
COMMISSION,  :
                              Plaintiff,  :   20 Civ. 7 (LGS)
  :
          -against-  :   ORDER
  :
STEVE M. BAJIC, et al.,  :
                              Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 21, 2020, the Civil Case Management Plan and Scheduling Order ("CMP") was issued.

WHEREAS, the CMP directed the parties to file a joint status letter, as outlined in Individual Rule IV.A.2 by December 17, 2020, and the parties have failed to file this letter. It is hereby

**ORDERED** that, by **December 22, 2020**, the parties shall file a joint status letter, in accordance with Individual Rule IV.A.2.

Dated: December 18, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE