# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

ranello@maglaw.com
212-880-9520

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

November 18, 2021

The Honorable Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1106
New York, NY 10007

      Re:     *SEC v. Bajic, et al.*, 20-cv-00007-LGS-KHP

Dear Judge Schofield:

I write on behalf of Steve Bajic, who is acting *pro se* in the above-captioned matter.

Mr. Bajic's response to the SEC's amended complaint is currently due on November 29, 2021. Mr. Bajic continues to engage in discussions with the SEC. Therefore, I respectfully request that the Court adjourn sine die Mr. Bajic's time to respond to the SEC's amended complaint. The SEC consents to this adjournment.

Mr. Bajic has previously requested and received, with the SEC's consent, nine prior extensions of this deadline.

                                Respectfully submitted,

                                /s/ Robert J. Anello
                                Robert J. Anello

Cc: Kathleen Shields