UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                    Plaintiff,<br>     v.<br><br>STEVE M. BAJIC,<br>RAJESH TANEJA,<br>NORFOLK HEIGHTS LTD.,<br>FOUNTAIN DRIVE LTD.,<br>ISLAND FORTUNE GLOBAL LTD.,<br>CRYSTALMOUNT LTD.,<br>WISDOM CHAIN LTD.,<br>SSID LTD.,<br>SURE MIGHTY LTD.,<br>TAMARIND INVESTMENTS INC.,<br>KENNETH CIAPALA,<br>ANTHONY KILLARNEY,<br>BLACKLIGHT SA,<br>CHRISTOPHER LEE MCKNIGHT, and<br>AARON DALE WISE,<br><br>                    Defendants. | Civil Action No. 20-cv-00007-LGS<br><br>Defendant McKnight shall file any opposition by **November 29, 2022**. The opposition shall comport with the Court's Order at Dkt. No. 218.<br><br>So Ordered.<br><br>Dated: November 15, 2022<br>          New York, New York<br><br>_____<br>LORNA G. SCHOFIELD<br>UNITED STATES DISTRICT JUDGE |

### PLAINTIFF'S MOTION FOR MONETARY REMEDIES AGAINST CHRISTOPHER MCKNIGHT

Pursuant to the terms of the partial judgments previously entered by this Court against defendants Christopher McKnight ("McKnight"), plaintiff Securities and Exchange Commission ("the Commission") hereby moves that the Court enter revised a final judgments against McKnight in the form filed herewith that, in addition to the other remedies previously imposed, requires him to pay disgorgement of $985,303, prejudgment interest of $169,105 and a civil penalty of $100,000, for a total of $1,254,408. In support of this motion, the Commission submits the accompanying memorandum of law and a supplemental declaration by Trevor Donelan. Also filed herewith is a proposed form of Final Judgment as to defendants McKnight.

WHEREFORE, the Commission respectfully requests that the Court enter the proposed Final Judgments against defendant McKnight.

| | |
|---|---|
| Dated: November 10, 2022 | Respectfully submitted, |
| | SECURITIES AND EXCHANGE COMMISSION<br>By its attorneys, |
| | /s/ Kathleen Burdette Shields<br>Kathleen Burdette Shields (Mass Bar No. 637438)<br>SECURITIES AND EXCHANGE COMMISSION<br>Boston Regional Office<br>33 Arch St., 24th Floor<br>Boston, MA 02110<br>Phone: (617) 573-8904<br>Fax: (617) 573-4590 (fax)<br>Shieldska@sec.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2022, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case. A copy will also be sent via first class mail and/or email to those parties who have not yet registered for notice via the Court's CM/ECF system or have not yet appeared by counsel.

/s/ Kathleen Burdette Shields
Kathleen Burdette Shields