UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,
                         Plaintiff,

         -against-

STEVE M. BAJIC, et al.,
                      Defendants.
------------------------------------------------------------X

20 Civ. 7 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that, by **August 4, 2023**, Defendant McKnight shall file, under seal, a detailed financial statement of his assets and liabilities. It is further

      **ORDERED** that, by **August 4, 2023**, the SEC shall file, under seal, information about Defendant Wise's financial circumstances.

Dated: July 28, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE