UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES and EXCHANGE COMMISSION,<br>*Plaintiff*<br><br>v.<br><br>STEVE M. BAJIC,<br>RAJESH TANEJA,<br> NORFOLK HEIGHTS LTD.,<br>FOUNTAIN DRIVE LTD.,<br>ISLAND FORTUNE GLOBAL LTD.,<br>CRYSTALMOUNT LTD.,<br>WISDOM CHAIN LTD.,<br>SSID LTD.,<br>SURE MIGHTY LTD.,<br>TAMARIND INVESTMENTS INC.,<br>KENNETH CIAPALA,<br>ANTHONY KILLARNEY,<br>BLACKLIGHT SA,<br>CHRISTOPHER LEE MCKNKIGHT, and<br>AARON DALE WISE,<br>*Defendants* | 20-CV-00007-LGS-KHP |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD
## FOR DEFENDANT RAJESH TANEJA

I am legal counsel representing the Defendant, Rajesh Taneja, in the above entitled and numbered case. I am seeking permission to withdraw as counsel for defendant Rajesh Taneja, and I wish to be relieved of any future professional obligation, responsibility, or duty to the defendant. I seek withdrawal due to non-payment by Defendant Rajesh Taneja. Further details are outlined in the attorney affidavit filed contemporaneously with this motion.

1

Dated: November 7, 2023
Brooklyn, New York

           Submitted,

           /s/ Tor Ekeland
           Tor Ekeland (NYS Bar No. 4493631)
           *Pro Hac Vice*
           Tor Ekeland Law, PLLC
           30 Wall Street, 8th Floor
           New York, NY
           t:  (718) 737 - 7264
           f:  (718) 504 - 5417
           tor@torekeland.com

           *Counsel for Defendant Raj Taneja*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November 2023, the forgoing document was filed with the Clerk of Court using the CM/ECF System, and sent by email to the attorneys for the Government listed below:

s/ Tor Ekeland

Security and Exchange Commission
33 Arch St., 24th Floor
Boston, MA 02110

Kathleen Shields
shieldska@sec.gov

Colin Timothy Missett
missettc@sec.gov

Rebecca Israel
israelr@sec.gov

Alicia Marie Reed
reeda@sec.gov

**[PROPOSED] ORDER**

Counsel for Defendant Rajesh Taneja, moves for permission to withdraw as attorney of record for the Defendant and to be relieved of any future professional obligation, responsibility, or duty to the Defendant. After considering Counsel's motion, this Court finds the motion should be granted.

Therefore, it is **ORDERED** that Tor Ekeland of Tor Ekeland Law, PLLC is hereby relieved of any future professional obligation, responsibility, or duty to the Defendant other than providing access to any and all materials which are necessary to represent the Defendant in this case and which are within his/her possession to new/subsequent counsel.

Dated: _____, 2023

_____
UNITED STATES DISTRICT JUDGE